# Placeholder For
# Exhibit 2
# (Pursuant to Local Rule 1.11(d))

Pursuant to the revised Local Rule 1.11(d) (eff. Feb. 1, 2021), which applies to "item[s] that the filing person knows or reasonably should know another person considers confidential," the United States hereby "file[s] instead of the item[s] a placeholder only identifying the item[s]" as follows:

| Document As It Appears In PPOA's Production, Identified by the Beginning Bates-Number and Claw-Back Request | Beginning Bates-Number of Document As It Appears Within Exhibit 2 to the United States' Petition |
|---|---|
| Attachment A to Claw-Back Request Dated July 28, 2020 | CID201 |
| PPOA-EMAILS-00010266<br><br>Claw-Back Request Dated August 24, 2020 | CID203 |
| PPOA-EMAILS-00010268<br><br>Claw-Back Request Dated August 24, 2020 | CID205 |
| PPOA-EMAILS-00010278<br><br>Claw-Back Request Dated August 24, 2020 | CID207 |
| PPOA-EMAILS-00010280<br><br>Claw-Back Request Dated August 24, 2020 | CID209 |
| PPOA-EMAILS-00010282<br><br>Claw-Back Request Dated August 24, 2020 | CID211 |
| PPOA-EMAILS-00010284<br><br>Claw-Back Request Dated August 24, 2020 | CID213 |